SRODES v. The VULCAN. See Case No. 13,-272.

## Case No. 13,272b.

### In re STACK.

[Cited in Re McKenna, 9 Fed. 36. Nowhere reported; opinion not now accessible.]